732

Sub-
mitted March 19, 1973. *Michael P. Bolno* and *Jonathan Miller*, Assistant Defenders, and *Vincent J. Ziccardi*, Defender, for appellant; *Linda West Conley* and *Milton M. Stein*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Matthews, Appellant.

Submitted March 21, 1973. *William J. Brady, Jr.*, for appellant; *James T. Ranney* and *Milton M. Stein*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth, Appellant, v. Miller.

Submitted March 19, 1973. *Philip J. O'Malley*, Assistant District Attorney, with him *Ralph B. D'Iorio*, Assistant District Attorney, and *Stephen J. McEwen, Jr.*, District Attorney, for Com-

 monwealth, appellant; *John Rogers Carroll,* for appellee.

Order affirmed.

WRIGHT, P. J. and WATKINS, J., dissent.

## Commonwealth *v.* Miller, Appellant.

 Argued March 22, 1973. *G. Girton,* with him *James P. McHugh,* for appellant; *Vram Nedurian, Jr.,* Assistant District Attorney, with him *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Miller, Appellant.

 Submitted March 26, 1973. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Vram Nedurian, Jr.* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Mitchell, Appellant.

 Submitted March 12, 1973. *Robert E.*